1  TIMOTHY S. CORY, ESQ.
   FEDERAL BANKRUPTCY TRUSTEE
2  Nevada Bar No. 1972
   8831 W. Sahara Ave
3  Las Vegas, Nevada  89117
   Telephone:  (702) 388-1996
4  tim.cory@corylaw.us

RECEIVED
AND FILED

MAR  1  12 02 PM '11

U.S. _____ _____ OURT
MA___ ___ ___ ___ CLERK

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

PACIFIC MAGTRON (GA) INC.

Debtor(s).

| | |
|---|---|
| CHAPTER 7 BANKRUPTCY | |
| CASE NO.: BK-S-05-14335-LBR | |
| | |
| **NOTICE OF UNCLAIMED FUNDS** | |
| | |
| **DATE:**  N/A | |
| **TIME:**  N/A | |

*TO:*          *CLERK, UNITED STATES BANKRUPTCY COURT*

*FROM:*          *TIMOTHY S. CORY, TRUSTEE*

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $4,955.20 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: February 28, 2011

TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600.  Claims that are more than $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry can be written on check only.

Receipt # 200391          # 4,955.20

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1 | PC Chips USA Inc.<br>4280 Technology Drive<br>Fremont, CA 945388 | | $336.51 |
| 2 | Chaintech America Corp<br>ATTN: Craig Galletto<br>1280 Ave of the Americas, 3rd Floor<br>New York, NY 10104 | | $291.79 |
| 8 | Wintec Industries<br>4280 Technology Drive<br>Fremont, CA 94538 | | $61.68 |
| 21 | Leadman Electronics, GA<br>5470-H Oakbrook Pkwy<br>Norcross, GA 90093 | $5.00 | |
| 22 | ADT Security Services, Inc.<br>P.O. Box 96175<br>Las Vegas, NV 89193 | $4.09 | |
| 25 | Macase Industrial Corp<br>3005 Center Place<br>Ste 100<br>Norcross, GA 20093 | $1.68 | |
| 27 | Browning Ferris Industries<br>P.O. Box 78017<br>Phoenix, AZ 85062 | $.99 | |
| 29 | Computer Pro, Inc.<br>6090-L McDonough Dr.<br>Norcross, GA 30093 | $1.90 | |
| 30 | Southern Electronics Distributor<br>18835 E. San Jose Ave<br>City of Industry, CA 91748 | $10.58 | |
| 31 | MTC<br>East West Bank/Specialized Ser<br>638 S. Atlantic Blvd., 4th Floor<br>Monterey Park, CA 91754 | | $4,240.98 |

Total:  $4,955.20

# EXHIBIT A

2